IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 1:06cr118LG-JMR

KENNETH EARL RUPERT

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Mississippi hereby dismisses the Indictment in Criminal No. 1:06cr118LG-JMR against the defendant, KENNETH EARL RUPERT, without prejudice.

DUNN LAMPTON
United States Attorney

By:   *s/ Ruth R. Morgan*
RUTH R. MORGAN
Assistant United States Attorney
MS Bar No. 1996

**IT IS THEREFORE ORDERED AND ADJUDGED** that leave of Court is granted for the filing of the foregoing dismissal.

**SO ORDERED AND ADJUDGED** this the 18th day of January, 2007.

*S/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATE DISTRICT JUDGE